UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY JEROME HARPER,<br><br>　　　　　　　Plaintiff,<br>　v.<br>LISA WALSH, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:13-cv-00561-MMD-WGC<br><br>ORDER |

Plaintiff has not timely responded to the prior order directing that he file a completed CJA 23 form within twenty-one (21) days of entry of the order. (Dkt. no. 10.) Plaintiff is no longer in custody, and the prison mailbox rule therefore does not apply to his submissions. The order stated that failure to timely comply with the order would result in the action being dismissed without further advance notice. In dismissing the action without prejudice, the Court has considered the public's interest in expeditious resolution of litigation, the need to manage its docket, the risk of prejudice, the public policy favoring disposition of cases on their merits, and the possible availability of actions other than dismissal.

It is therefore ordered that the application to proceed *in forma pauperis* (dkt. no. 1) is denied without prejudice and that this action shall be dismissed without prejudice.

The Clerk of Court shall enter final judgment, dismissing this action without prejudice.

DATED THIS 17th day of September 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE